

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:16-M -00173(1) |
| | § | |
| (1) RENE J. GARZA JR. | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this Court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Christopher Martin, is hereby appointed to represent the Defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further Order of this Court.

It is so **ORDERED** this 28th day of September, 2016.

_____
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE